IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LINDA E. HEEBNER,<br>Plaintiff,<br><br>v.<br><br>NATIONWIDE INSURANCE ENTERPRISE,<br>Defendant. | CIVIL ACTION<br><br>No. 10-2381 |

### ORDER

AND NOW, this 28th day of September, 2011, upon consideration of Defendant, Nationwide Insurance Enterprise's, "Motion to Dismiss" and Plaintiff's response in opposition, and for reasons stated in the accompanying Memorandum Opinion, it is **ORDERED** that:

1. Defendant's motion is **DENIED** as to Count I.

2. Defendant's motion is **GRANTED** as to Count II.

3. In accordance with the Court's findings, Plaintiff shall have 10 days to file a motion for judgment.

BY THE COURT:

/s/ Mitchell S. Goldberg

_____

Mitchell S. Goldberg, J.